In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-07-00151-CR


______________________________




DONALD MARK GORE, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the County Court


Lamar County, Texas


Trial Court No. 52090




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION



 Donald Mark Gore has filed a notice of appeal from his conviction for the offense of cruelty
to animals. We have now received the certification of Gore's right of appeal as required by Rule 25.2
of the Texas Rules of Appellate Procedure. See Tex. R. App. P. 25.2. That certification states that
Gore waived his right of appeal.

 Unless a certification, showing that a defendant has the right of appeal, is in the record, we
must dismiss the appeal. See Tex. R. App. P. 25.2(d). Because the trial court's certification
affirmatively shows Gore has waived his right of appeal, and because the record before us does not
reflect that the certification is incorrect, see Dears v. State, 154 S.W.3d 610, 615 (Tex. Crim. App.
2005), we must dismiss the appeal.

 We dismiss the appeal. 


 Josh R. Morriss, III

 Chief Justice


Date Submitted: December 3, 2007

Date Decided: December 4, 2007


Do Not Publish




 plea-bargain case, and the defendant has
NO right of appeal" and is signed by Washington and his trial counsel.

 Unless a certification, showing that a defendant has the right of appeal, is in the record, we
must dismiss the appeal. See Tex. R. App. P. 25.2(d). Because the trial court's certification
affirmatively shows Washington has no right of appeal, and because the record before us does not
reflect that the certification is incorrect, see Dears v. State, 154 S.W.3d 610, 615 (Tex. Crim. App.
2005), we must dismiss the appeal.

 We dismiss the appeal for want of jurisdiction. 


 Jack Carter

 Justice


Date Submitted: March 18, 2008

Date Decided: March 19, 2008


Do Not Publish